IN THE
UNITED STATES DISTRICT COURT
_WESTERN_ DISTRICT OF _WISCONSIN_
_____ DIVISION

_MARCUS JOHNSON_

Movant/Petitioner,

v.

_UNITED STATES OF AMERICA_

Respondent/Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. _12-cv-83-bbc-2_
_15-cv-481-bbc_

## NOTICE OF APPEAL

Please take notice that _MARCUS JOHNSON_, pro-se, the Movant/Petitioner in this cause, appeals to the United States Court of Appeals for the _Seventh_ Circuit, from the final judgment entered in the above action by the District Court on _September_, _13_, 20_15_.

Respectfully Submitted,

Dated: _October 21 2015_

_MARCUS JOHNSON_

Reg. No. _44826-424_
United States Penitentiary
Victorville FCC
PO Box 3700
Adelanto, CA 92301

# United States Courts
## CERTIFICATE OF SERVICE

Marcus Johnson vs. United States of America

CASE # 12-CV-83-bbc-2
15-CV-481-bbc

I, Marcus Johnson, hereby certify under penalty of perjury pursuant to Title 28 U.S.C. §1746 the contents as true and correct, a complete copy of the following Motion sent to the Court and Respondent of:

_____

_____

Which is deemed filed on the date that it is presented to prison officials receive it for forwarding to the United States Postal Service, under Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the Court and served parties to the litigation and/or his/her attorney's of record, by placing same in a sealed, postage prepaid envelope addressed to:

Clerk of Court
Western District of Wisconsin
120 North Henry Street
Madison, Wisconsin 53703

and deposited same in the Legal Mail Depository for the United States Post Office, at the United States Penitentiary; signed this 21 day of October, 15.

Marcus Johnson

Marcus Johnson

44826-424