DOC NO
REC'D/FILED

2016 MAR -9 AM 10: 20

PETER OPPENEER
CLERK US DIST COURT
WB OF WI

IN THE
UNITED STATES DISTRICT COURT
_____ DISTRICT OF _____
_____ DIVISION

Marcus Johnson,

Movant/Petitioner,

v.

United states of, America,

Respondent/Defendant.

Case No. 15-cv-481-bbc

## NOTICE OF APPEAL

Please take notice that Marcus Johnson, *pro-se*, the Movant/Petitioner in this cause, appeals to the United States Court of Appeals for the 7th Circuit, from the final judgment entered in the above action by the District Court on March, 3, 2016.

Respectfully Submitted,

Dated: March 3, 2016

Marcus Johnson
Reg. No. 44826-424
United States Penitentiary
Victorville FCC
PO Box 5700
Adelanto, CA 92301